RECEIVED
IN LAKE CHARLES, LA.

JAN -9 2013

TONY R. MOORE, CLERK
BY_____
            DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| TAMMY GATTE, ET AL | : | DOCKET NO. 2:11-CV-2083-PM-KK (LEAD) 2:12-CV-0991 (MEMBER) |
| VS. | : | JUDGE MINALDI |
| READY 4 A CHANGE, LLC, ET AL | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

In accordance with the corresponding Memorandum, for the reasons set forth therein,

**IT IS ORDERED** that the defendants, Judy Dohm and Ready 4 A Change, LLC's Motion to Dismiss for Lack of Jurisdiction, Improper Venue, Insufficient Service of Process, and Failure to State a Claim [Doc. 22 in case no. 2:11-2083, Doc. 6 in case no. 2:12-0991] is **GRANTED**;

**IT IS FURTHER ORDERED** that the defendants, Clinica Victoria de Cancun SA de CV, Maria Guillermina Gamez, and Ezequiel Gamez Hinojosa's Motion to Dismiss for Lack of Jurisdiction and for Improper Venue [Doc. 18 in case no. 2:12-0991] is **GRANTED**;

**IT IS FURTHER ORDERED** that the plaintiffs, Tammy and Colby Gatte's Motion to Continue Hearing and Briefing Deadline on Defendants' Motion to Dismiss to Allow Discovery [Doc. 29 in case no. 2:11-2083, Doc. 23 in case no. 2:12-0991] and its companion Motion for Discovery [Doc. 36 in case no. 2:11-2083] are **DENIED**.

Lake Charles, Louisiana, this 7 day of January 2013.

_____
**PATRICIA MINALDI**
**UNITED STATES DISTRICT JUDGE**